IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:05-CR-251-1H
No. 5:12-CV-549-H

KEVIN WASHINGTON,                    )
                                     )
     Petitioner,                     )
                                     )
                                     )
     v.                              )
                                     )              **ORDER**
                                     )
UNITED STATES OF AMERICA             )
                                     )
     Respondent.                     )


     This matter is before the court on petitioner's motion to
vacate or set aside sentence pursuant to 28 U.S.C. § 2255, filed
August 20, 2012 [DE #85].  Petitioner previously filed a § 2255
motion, which the court dismissed on the merits on October 13,
2009.   Because the motion presently before the court is a
successive § 2255 motion, this court is without jurisdiction to
consider it.  See 28 U.S.C. § 2255(h) ("A second or successive
motion must be certified . . . by a panel of the appropriate
court of appeals . . . .").  Accordingly, petitioner's motion to
vacate is DISMISSED WITHOUT PREJUDICE to petitioner's right to
apply to the Fourth Circuit for leave to file a successive §
2255 motion.

     Because petitioner's motion is dismissed without prejudice
to his right to apply to the Fourth Circuit for leave, this
order does not raise a substantial issue for appeal concerning

the denial of a constitutional right. Accordingly, a certificate of appealability is not issued as to this order.

This 22nd day of August 2012.

_____

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#31