IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:05-CR-251-1H
No. 5:12-CV-549-H

KEVIN WASHINGTON,            )
                             )
    Petitioner,              )
                             )
                             )
    v.                       )      **ORDER**
                             )
                             )
UNITED STATES OF AMERICA     )
                             )
    Respondent.              )

This matter is before the court on petitioner's motion for leave to reopen his original motion to vacate pursuant to 28 U.S.C. § 2255. Petitioner's original § 2255 motion was dismissed on the merits on October 13, 2009. Petitioner attempted to file a second motion to vacate or set aside sentence pursuant to 28 U.S.C. § 2255, on August 20, 2012 [DE #85]. The court, by order [DE #86] filed August 22, 2012, dismissed that motion as a successive § 2255 motion, finding that this court was without jurisdiction to consider it. See 28 U.S.C. § 2255(h) ("A second or successive motion must be certified . . . by a panel of the appropriate court of appeals . . . ."). The motion was dismissed without prejudice to petitioner's right to apply to the Fourth Circuit for leave to file a successive § 2255 motion.

Petitioner now attempts a "work-around" of the rules regarding successive petitions by seeking to re-open his

1

original § 2255 motion. However, the court finds this motion to be a successive motion as well, and it is therefore dismissed without prejudice to petitioner's right to apply to the Fourth Circuit for leave to file a successive § 2255 motion.

Because petitioner's motion is dismissed without prejudice to his right to apply to the Fourth Circuit for leave, this order does not raise a substantial issue for appeal concerning the denial of a constitutional right. Accordingly, a certificate of appealability is not issued as to this order.

This FÎ\å day of December 2014.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26

2