# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America <br> v. <br> Kevin Washington | Case No: 5:05-CR-251-1H <br> USM No: 50112-056 |
| Date of Original Judgment: October 11, 2006 <br> Date of Previous Amended Judgment: October 27, 2016 <br> *(Use Date of Last Amended Judgment if Any)* | Andrew Kukorowski <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a modification of an imposed term of imprisonment to the extent otherwise expressly permitted by statute and as provided by Section 404 of the First Step Act of 2018, and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  262 months  months **is reduced to**  TIME SERVED .

*(Complete Parts I and II of Page 2 when motion is granted)*

The term of supervised release is reduced to 3 years.

The court has reviewed the entire record in this matter including but not limited to defendant's motion at [DE #99] as well as the government's response [DE #105], defendant's reply [DE #106], the modified PSR [DE 107], objections to the PSR [DE #108], defendant's sentencing memorandum [DE #109], defendant's motion to expedite [DE #110], the government's response to the motion to expedite [DE #112], a sealed exhibit [DE #113], and defendant's reply [DE #116]. The court notes the executive clemency granted previously to defendant, but in its discretion, reduces the sentence as detailed above.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

Except as otherwise provided, all provisions of the judgment(s) dated October 11, 2006, and October 27, 2016, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 4/22/20

Effective Date: _____
*(if different from order date)*

Malcolm J. Howard  Senior U.S. District Judge
*Printed name and title*